UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JACQUELINE GAYED, individually and on behalf :
of all others similarly situated,                            :
                                                             :
                    Plaintiff,                               :
                                                             :   **STIPULATION OF DISMISSAL**
        -against-                                            :
                                                             :   No. 17-CV-03139 (FB) (RML)
UBER TECHNOLOGIES, INC., UBER USA LLC,                       :
RASIER, LLC and TRAVIS KALANICK,                             :
                                                             :
                    Defendants.                              :
------------------------------------------------------------ X

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties herein, that the above-captioned action is hereby dismissed without prejudice, with each party bearing its own attorneys' fees and costs.

Dated: New York, New York
       November 2, 2017

| GISKAN SOLOTAROFF & ANDERSON LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| */s/ Catherine E. Anderson* | */s/ Kenneth I. Schacter* |
| Catherine E. Anderson | Kenneth I. Schacter |
| 217 Centre Street, 6th Floor | 101 Park Avenue |
| New York, New York 10013 | New York, New York 10178 |
| (212) 847-8315 | (212) 309-6000 |
| canderson@gslawny.com | kenneth.schacter@morganlewis.com |
| *Counsel for Plaintiff Jacqueline Gayed* | *Counsel for Defendants Uber Technologies, Inc., Uber USA LLC, Rasier, LLC and Travis Kalanick* |

SO ORDERED:

_____
      U.S.D.J.

Dated: November \_\_, 2017